IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

ROBERT TURNER,                              *

                Plaintiff,       *

v.                                            Case No.  3:25-CV-00041-CDL

                                      *

QUIKTRIP CORPORATION,

                                      *

                Defendant.

                                      *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

This 21st day of April, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk